710

Tuesday, October 4, 1988

## MOTION DOCKET

**85-1860.** State v. Jester. *Cuyahoga County*, No. 49065. Reported at 32 Ohio St. 3d 147, 512 N.E. 2d 962.

Upon consideration of appellant's motion, filed on September 23, 1988, for a continuance of the stay of execution which was entered by the court on April 5, 1988, and, by its terms, set to expire on October 6, 1988, pending the exhaustion of state post-conviction remedies, IT IS ORDERED by the court that said motion be, and the same is hereby, denied, effective October 3, 1988.

**85-1860.** State v. Jester. *Cuyahoga County*, No. 49065. Reported at 32 Ohio St. 3d 147, 512 N.E. 2d 962.

Upon consideration of appellant's motion, filed on September 30, 1988, for a continuance of the stay of execution which was entered by this court on April 5, 1988, and, by its terms, set to expire on October 6, 1988, pending the exhaustion of state post-conviction remedies, IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED that, based upon the appellant's having met the criteria set forth in this court's entry of April 5, 1988, this stay shall continue for an indefinite period pending the exhaustion of state post-conviction remedies.

Wednesday, October 5, 1988

## REHEARING DOCKET

**87-891.** State v. Brown. *Hamilton County*, No. C-850434. Reported at 38 Ohio St. 3d 305, 528 N.E. 2d 523. On motion for rehearing. Rehearing denied.

**87-1087.** MCI Telecommunications Corp. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 86-464-TP-COI. Reported at 38 Ohio St. 3d 266, 527 N.E. 2d 777. On motion for rehearing. Rehearing denied.

Locher and H. Brown, JJ., dissent.

**87-1334.** State v. DePew. *Butler County*, No. CA85-07-075. Reported at 38 Ohio St. 3d 275, 528 N.E. 2d 542. On motion for rehearing. Rehearing denied.

Wright and H. Brown, JJ., dissent.
On motion for stay. Stay granted.
Douglas, J., dissents.

**88-1019.** State v. Vrona. *Medina County*, No. 1641. Reported at 38 Ohio St. 3d 714, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

## MISCELLANEOUS DISMISSALS

**88-883.** Dean v. Miami Valley Hospital, Inc. *Montgomery County*, No. 10391. Cause dismissed, on application of counsel for appellants, effective September 26, 1988.

**88-1525.** State v. Manera. *Lucas County*, No. L-87-221. Cause dismissed, on application of counsel for appellant, effective September 28, 1988.

**88-1585.** State v. Wise. *Hamilton County*, No. C-870130. Cause dismissed, on application of appellant, effective September 26, 1988.

**88-1641.** Midwest Specialties, Inc. v. Firestone Tire & Rubber Co. *Summit County*, No. 13349. Cause dismissed, on application of counsel for appellant, effective September 26, 1988.

Wednesday, October 12, 1988

## MERIT DOCKET

**88-1445.** State, ex rel. AEI Group, Inc., v. Ohio Dept. of Commerce, Division of Securities. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Locher, Holmes, Wright and H. Brown, JJ., concur.

Sweeney and Douglas, JJ., dissent.